UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCOS CALCANO, *on behalf of himself and all other persons similarly situated*,

      Plaintiff,

-against-

TORRID LLC,

      Defendant.

1:19-cv-10594-MKV

ORDER OF DISMISSAL

**MARY KAY VYSKOCIL**, United States District Judge:

  The Court is in receipt of a letter from the parties, dated March 18, 2020, informing the Court that the parties have reached a settlement in principle and requesting that the Court issue a 30-day order [ECF #12]. Accordingly, it is hereby ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **April 20, 2020**. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date: March 19, 2020**
   **New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**